**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>MICHAEL PARISI, Revenue Agent,<br><br>   Petitioners,<br><br> v.<br><br>PATTI McCANDLESS,<br><br>   Respondent. | )<br>)  NO. 09-cv-1297<br>)<br>)  ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

In accordance with the parties' stipulation, this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 29, 2009

               _____
               CLAUDIA WILKEN
               United States District Court Judge